

# United States District Court
## Southern District of Florida



UNITED STATES OF AMERICA
 Plaintiff

CASE NUMBER: CR: 16 MJ 06361

- vs

Stephen Maloney Brown
 Defendant

REPORT COMMENCING CRIMINAL ACTION

05977-055
USMS NUMBER

TO: CLERK'S OFFICE     MIAMI     FT. LAUDERDALE     W. PALM BEACH
U.S. DISTRICT COURT      (CIRCLE ONE)

NOTE: CIRCLE APPRPRIAT LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE     N/A.

(1) DATE AND TIME OF ARREST: _8/9/16_     _3:35_ A M ___ (PM)

(2) LANGUAGE SPOKEN: _English_

(3) OFFENSE CHARGED: _21 USC 841 (a)(1)_
 _Posses with intent to distribute a controlled substance_

(4) DATE OF BIRTH: _4/27/63_

(5) TYPE OF CHARGING DOCUMENT:     (CHECK ONE)
 { } INDICTMENT     (✓) COMPLAINT TO BE FILED/ALREADY FILED
 { } BENCH WARRANT FOR FAILURE TO APPEAR
 { } PROBATION VIOLATION WARRANT
 { } PAROLE VIOLATION WARRANT
 ORIGINATING DISTRICT: _SDFL_

(6) REMARKS: _____

(7) DATE: _8/9/16_     (8) ARRESTING OFFICER: Special Agent _S. STOWE_

(8) AGENCY: U.S. Immigration & Customs Enforcement (10) PHONE: _800 X SECTOR_

(11) COMMENTS: _____