UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-6361-VALLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEPHEN MALONEY BROWN,

    Defendant.
    _____/

## DEFENDANT'S NOTICE OF STRIKING

Defendant, Stephen Maloney Brown, by and through undersigned counsel hereby strikes docket entry number 5 and 6, as it was filed in error.

    Respectfully submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

    By:   *s/Michael D. Spivack*
        Michael D. Spivack
        Assistant Federal Public Defender
        Florida Bar No. 508969
        One East Broward Boulevard, Suite 1100
        Fort Lauderdale, Florida 33301
        T: 954-356-7436 F: 954-356-7556
        E-Mail: michael_spivack@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on August 11, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*S/ Michael D. Spivack*
Michael D. Spivack