# COURT MINUTES

## United States Magistrate Judge Patrick M. Hunt

Date: 8/17/2016   Time: 10:30am

Defendant: Stephen Brown (J) ✓   J#: 05111-055   Case #: 16-6361-Valle

AUSA: Cynthia Wood ✓   Attorney: AFPD: Michael Spivack ✓

Violation: 21:846

Proceeding: PTD Hearing   CJA Appt:

Bond/PTD Held: ⊙ Yes ⊙ No   Recommended Bond:

Bond Set at:   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language:

Disposition:

Govt. proceeds by proffer

Det. Henry Lopez sworn

The Court orders the defendant to be detained based on danger to community and risk of flight

Order to follow

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal: 8/24/16   11:00am   Snow   Ftl

Status Conference RE:

Check if Applicable: ☐   The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 10:35:19   Time in Court: 25 min

Page: 1